IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
JUN 16 2022
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

| | |
|---|---|
| SONRAI MEMORY LIMITED,<br>  PLAINTIFF,<br><br>V.<br><br>DELL TECHNOLOGIES, INC.,<br>  DEFENDANT. | §<br>§<br>§<br>§<br>§ CAUSE NO. 1:22-CV-487-LY<br>§<br>§<br>§<br>§ |

## ORDER

**IT IS ORDERED** that the above-referenced cause is set for **Initial Pretrial Conference** in Courtroom No. 7, Seventh Floor of the United States Courthouse, 501 West Fifth Street, Austin, Texas, on **Tuesday, July 19, 2022, at 9:30 a.m.**

The parties are relieved of the obligation to file a proposed scheduling order, pending further order of the court, but should be prepared to discuss scheduling at the Initial Pretrial Conference. Included as Exhibit A to this order is a sample template that includes matters often addressed at Judge Yeakel's pre-claim-construction scheduling conferences. The parties may wish to meet and confer regarding these matters ahead of the Initial Pretrial Conference.

**IT IS FURTHER ORDERED** that the stay in this case remains in effect.

SIGNED this ___15th___ day of June, 2022.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE

*Sonrai Memory Limited v. Dell Technologies, Inc.,*
Cause No. A-22-CV-000487-LY

**EXHIBIT A: PRE*MARKMAN* SCHEDULING DEADLINES**

| Case Management Deadlines | Date |
|---|---|
| Disclosure: Claims/Infringement Contentions | |
| Disclosure: Invalidity Contentions | |
| Identify Claims Terms to Be Construed | |
| Joint Claim Construction Statement | |
| Close of Claim Construction Discovery | |
| Opening Claim Construction Brief | |
| Reply Claim Construction Brief | |
| Tutorial | |
| *Markman* Hearing | |